KAREN P. HEWITT
United States Attorney
MELANIE A. ANDREWS
Special Assistant U.S. Attorney
28 U.S.C. § 543
Office of the U.S. Attorney
Federal Office Building
880 Front Street, Room 6293
San Diego, CA 92101-8893
Telephone: (619) 557-7460
melanie.andrews@usdoj.gov

Attorneys for the John Sargent,
James Moree, Dan O'Brien, and
the United States of America

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOIDA HERNANDEZ, ROMMIE HERNANDEZ, a minor, and REMIE HERNANDEZ, a minor, by and through their Guardian as Litem, Raymunda Chilcutt, individually and as successors in interest to decedent Romeo J. Hernandez,<br><br>Plaintiffs,<br><br>v.<br><br>LUCIA PAMPLONA, JEREMIAH VINCENT PAMPLONA, DAVID HURLEY, JAMES MOREE, JOHN SARGENT, DAN O'BRIEN, BRYAN PINE individually and dba PINE RENTAL SERVICE, MARCUS GUERRERO, JLG INDUSTRIES, INC. and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 08cv2213 IEG(BLM)<br><br>**ORDER OF SUBSTITUTION OF UNITED STATES OF AMERICA AS DEFENDANT, AMENDMENT AND DISMISSAL** |

Upon review and consideration of the Notice of Substitution of United States of America filed herein by the United States of America and it appearing to the Court that this is a tort action that includes claims against Department of Navy employees arising out of actions certified by the Attorney General of the United States to have been taken within the scope of their employment as federal employees,

//

1      IT IS ORDERED, pursuant to 28 U.S.C. § 2679(d), that the United States of America shall be
2 substituted as a Defendant herein, in place of James Moree, Dan O'Brien and John Sargent, and the
3 case is hereby dismissed as to them, and that the title of the action be amended accordingly.

6 **DATED: February 5, 2009**

                                                    */s/ Irma E. Gonzalez*
**IRMA E. GONZALEZ, Chief Judge
United States District Court**