# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOIDA HERNANDEZ; ROMMIE HERNANDEZ, a minor, and REMIE HERNANDEZ, a minor, by and through their Guardian ad Litem, RAYMUNDA CHILCUTT, individually and as successors in interest to decedent Romeo J. Hernandez, <br><br> Plaintiff, <br><br> vs. <br><br> LUCIA PAMPLONA, JEREMIAH VINCENT PAMPLONA; BRYAN PINE; MARCUS GUERRERO; JLG INDUSTRIES, INC.; DOES 1 THROUGH 100 inclusive; UNITED STATES OF AMERICA, <br><br> Defendant. | CASE NO. 08cv2213 - IEG - BLM <br><br> ORDER GRANTING JOINT MOTION TO DISMISS CASE AS TO CERTAIN DEFENDANTS AND TRANSFER REMAINING ACTION TO DISTRICT OF GUAM |

On April 22, 2009, the parties submitted a joint stipulation requesting dismissal of certain defendants and transfer of the action against remaining defendants to the District of Guam. Good cause appearing, the Court HEREBY ORDERS:

1. Plaintiffs' entire action against defendant THE UNITED STATES OF AMERICA is dismissed;

2. Plaintiffs' entire action against defendants LUCIA PAMPLONA and JEREMIAH VINCENT PAMPLONA, a minor, by and through his Guardian ad Litem Richard Pamplona, individually and as successors in interest to decedent Vincent S. Pamplona is dismissed; and

3. The court transfers this action to the United States District Court for the District of Guam.

**IT IS SO ORDERED.**

DATED: April 23, 2009

*Anna E. Gonzalez*

- 1 - 08cv2213 - IEG - BLM

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**